**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WODIKA DEVINE, INC,

       Plaintiff,

v.                                        CASE NO: 08-12846-DT

KUJI SPORTS CO, LTD,

       Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

       This matter was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued her report on June 22, 2009, recommending that Judgment in the amount of $60,766.75 should be entered in favor of Plaintiff for damages and attorney fees in accord with the court's February 27, 2009 " Order Granting Plaintiff's Motion for Sanctions Pursuant to Rule 37" and the February 27, 2009 " Judgement". No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).

       Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

       IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, judgment is entered in favor of plaintiff for damages and attorney fees in the amount of $60,766.75.  A separate judgment will issue.

IT IS SO ORDERED.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  July 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 16, 2009, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522